1  JOSHUA A. SOUTHWICK (246296)
   GIBSON ROBB & LINDH LLP
2  201 Mission Street, Suite 2700
   San Francisco, California 94105
3  Telephone:    (415) 348-6000
   Facsimile:    (415) 348-6001
4  Email:        jsouthwick@gibsonrobb.com

5  Attorneys for Plaintiffs
   STEADFAST INSURANCE COMPANY
6  AND IRONSHORE INSURANCE COMPANY
   AS SUBOROGEES OF WOODFRUITTICHER GROCERY CO. INC.
7

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | STEADFAST INSURANCE COMPANY        )   Case No. 3:15-cv-04645-LB
   | AND IRONSHORE INSURANCE            )
13 | COMPANY AS SUBOROGEES OF           )   **REQUEST FOR DISMISSAL PURSUANT**
   | WOODFRUITTICHER GROCERY CO.        )   **TO FRCP 41(A)(1)(A)(1)**
14 | INC.                               )
                                        )   ORDER
15                                      )
                                        )
16          Plaintiffs,                 )
                                        )
17                                      )
                                        )
18      v.                              )
                                        )
19                                      )
                                        )
20 | R.E. GARRISON TRUCKING, INC. and   )
   | CK HOMEBUILDERS LLC; and DOES      )
21 | ONE through FIVE,                  )
                                        )
22                                      )
                                        )
23          Defendants.                 )
                                        )   State Court Complaint Filed : August 25, 2015
24 | _____    )   Removed to Federal Court: October 7, 2015

25  / / /

26  / / /

27  / / /

28  / / /

REQUEST FOR DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(1)
Case No.:3:15-cv-04645-LB ; Our file: 5502.07

1    Whereas, the sole remaining defendant in this action is CK HOMEBUILDERS LLC; and

2    Whereas, CK HOMEBUILDERS LL C did not file a responsive pleading herein; and

3    Whereas, plaintiffs and CK HOMEBUILDERS LLC have settled this dispute in its
entirety, now, therefore,

     The undersigned, counsel of record for plaintiff STEADFAST INSURANCE
COMPANY AND IRONSHORE INSURANCE COMPANY AS SUBROGEES OF
WOODFRUITTICHER GROCERY CO. INC. ("Plaintiffs") requests that this matter be
dismissed, with prejudice, with each party to bear its own fees and costs.

Dated: February 24, 2016                GIBSON ROBB & LINDH LLP

                                         /s/ JOSHUA A. SOUTHWICK
                                        Joshua A. Southwick
                                        Attorneys for Plaintiffs
                                        STEADFAST INSURANCE COMPANY
                                        AND IRONSHORE INSURANCE COMPANY
                                        AS SUBOROGEES OF WOODFRUITTICHER
                                        GROCERY CO. INC.

Date: February 25, 2016

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA